UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| Plaintiff(s) | : | |
| --- | --- | --- |
| LAUREN ABRAMS | : | |
| vs. | : | CIVIL NO. 1:22-cv-05584-KMW-SAK |
| Defendant(s) | : | |
| DICKS SPORTING GOODS, INC., et al | : | |

STIPULATION OF DISMISSAL
WITH PREJUDICE

Plaintiff Lauren Abrams hereby stipulates under Federal Rule of Civil Procedure Rule 41-1(a) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

*Thomas F. Flynn, III, Esq*
Thomas F. Flynn, III, Esquire
Attorney for the Plaintiff(s)

DATED: October 12, 2022

/s/Kimberly A. House
Kimberly A. House, Esquire
Attorney for the Defendant(s)

DATED: October 12, 2022